**Order entered October 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00634-CV

### TODD PRUETT, Appellant

### V.

### MICHAEL PITTMAN, M.D., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

Before the Court is appellant's September 25, 2013 motion to allow appellant to add newly discovered information to his brief. We treat appellant's motion as a motion to file an amended brief. We **GRANT** the motion **to the extent** that appellant shall file an amended brief on or before **October 31, 2013**. No extension of time will be granted. If appellant does not file an amended brief on or before October 31, 2013, the appeal will be submitted on appellant's original brief.

Appellee's brief will be due November 20, 2013.

/s/    ADA BROWN
        JUSTICE